PATRICK R. CO, ESQ.  BAR #: 200160
THE CO LAW FIRM, A PROFESSIONAL CORPORATION
201 Spear Street, Suite 1100
San Francisco, CA  94105
(415) 426-3553 (415) 477-4032 FAX

Attorneys for Plaintiff,
LAURA CENTENO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LAURA CENTENO, | CASE NO.: 13-CV-05106-LHK |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [proposed] ORDER AMENDING THE CASE MANAGEMENT ORDER TO REFLECT THE SAME** |
| v. | |
| SBM SITE SERVICES, LLC, and DOES 1 - 20, | |
| Defendants. | Judge: Hon. Lucy H. Koh<br>Courtroom: 8, 4th Floor |

WHEREAS on February 12, 2014 this Court issued a Case Management Order setting May 13, 2014 as the last day for the parties to complete a mediation;

WHEREAS the parties have had settlement discussions;

WHEREAS the parties are conducting written discovery;

WHEREAS plaintiff and defendant SBM SITE SERVICES, LLC have met and conferred with respect to the selection of a mediator and agreed to have the mediation before mediator Michael Ornstil of JAMS;

WHEREAS the mediation shall be scheduled within 45 days for date before August 29, 2014;

WHEREAS the scheduling of the mediation shall in now way interfere with the progress of discovery or other aspects of the litigation and shalln ot impact any of the other dates set forth in this Court's Case Management Order;

THEREFORE, pursuant to Federal Rule of Civil Procedure 16(d) and Civil Local Rule 7-12, both parties stipulate to an extension of the deadline to complete mediation from May 13, 2014 to August 29, 2014.  The parties also respectfully request that the Court amend its Case Management Order changing the date by which mediaiton bmust be compelted from May 13, 2014 to August 29, 2014.

DATED: May 21, 2014                     Respectfully submitted,

                                        THE CO LAW FIRM

                                                    /S/
                                        By:_____
                                            PATRICK R. CO
                                            Attorneys for Plaintiff,
                                            LAURA CENTENO

DATED: May 21, 2014                     SEYFARTH SHAW LLP

                                                    /S/
                                        By:_____
                                            ANTHONY JOSEPH MUSANTE
                                            Attorneys for Defendant,
                                            SBM SITE SERVICES, LLC

1

2

**ORDER**

     Pursuant to the stipulation, this Court GRANTS the parties' request and AMENDS the

3

deadline to complete mediation as set forth in the February 12, 2014 Case Management Order

4

from May 13, 2014 to August 31, 2014.

5

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

8



DATED:_____05/22/2014_____

9

Hon. Lucy H. Koh
United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28