**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAURA CENTENO, | ) | Case No.: 13-CV-05106-LHK |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| SBM SITE SERVICES LLC, | ) | |
| Defendant. | ) | |

Clerk: Jackie Garcia        Plaintiff's Attorney: Patrick Reyes Co
Reporter: Lee-Anne Shortridge    Defendant's Attorney: Aryeh Hersher

     A Case Management Conference was held on June 11, 2014. A further Case Management Conference is set for October 15, 2014 at 2 p.m.

     The parties shall file joint settlement status report by September 5, 2014.

     The Court amended the case schedule as set forth below. Further extensions will be disfavored.

FACT DISCOVERY CUTOFF: January 30, 2015

LAST DAY TO FILE DISPOSITIVE MOTIONS: February 19, 2015. The parties are limited to one dispositive motion each in the entire case.

HEARING ON DISPOSITIVE MOTIONS: April 2, 2015 at 1:30 p.m.

EXPERT DISCOVERY DEADLINES:
    Opening Expert Reports: May 8, 2015
    Rebuttal Expert Reports: June 5, 2015
    Close of Expert Discovery: July 7, 2015

FINAL PRETRIAL CONFERENCE: August 13, 2015 at 1:30 p.m.

1

Case No.: 13-CV-05106-LHK
CASE MANAGEMENT ORDER

JURY TRIAL: September 4, 2015 at 9 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: June 11, 2014

_____
LUCY H. KOH
United States District Judge